# Exhibit 2

# SecureRelease™ Portal

## Details of Request
(Read only details of request)

| DETAILS | CONTACT INFORMATION | DOCUMENTS | MESSAGES | APPEALS |

**Request Number:** 2024-ICFO-22525

CANCEL

**Request Description:** 1) All records sufficient to show the total cost of the "265,994 prescriptions filled" in 2023. 2) All records sufficient to show the quantity of the "prescriptions filled" for FY 2021 and FY 2022, respectively, as well as their associated total costs for each fiscal year. 3) All records sufficient to show the total number of psychotropic "prescriptions filled" for FY 2021, FY 2022, and FY 2023 respectively. Information helpful to fulfilling the request: The information sought relates to the cost and quantities associated with the central graphic on ICE's website: https://www.ice.gov/features/health-service-corps

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Complex

**Fee Waiver Requested?:** Pending Decision

**Reason for Fee Waiver:** The Center also hereby requests a waiver of any and all fees and charges pursuant to 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (a)(4)(A)(iii). First, the Center is entitled to a waiver of search fees under 5 U.S.C. § 552(a)(4)(A)(ii)(II) because under FOIA it qualifies as a member of the news media. See National Security Archive v. Department of Defense, 880 F. 2d 1381, 1387 (D.C. Cir. 1989) ("A representative of the news media is, in essence, a person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience."). The Center is a research institution whose mission is to provide immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States.[1] In service of this mission, the Center regularly obtains information about the operations and activities of government through FOIA and other means, uses its editorial skills and expertise of immigration policy to turn the information into distinct works, and widely disseminates the information through a variety of media platforms for free.[2] (*Attachment 1.) The Center intends to do likewise with the records it receives through this request.       Secondly, the Center is entitled to a complete waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). Under this provision, records "shall be furnished without any charge or at a charge reduced" if "the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Id. The Center is a 501(c)(3), not-for-profit educational and research organization, and, by definition, it has no commercial purpose. The Center exists to educate the public about the